AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Coggins, Donald C. | U.S. District Court, South Carolina | 02/04/2022 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination    Date<br>☐ Initial    ✔ Annual    ☐ Final<br>**5b.** ✔ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

Donald S. Russell Federal Building
201 Magnolia Street
Spartanburg, SC 29306

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Coggins, Donald C.** | 02/04/2022 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | South Carolina Bar Association | January 23-24, 2020 | Columbia, S.C. | 2020 South Carolina Bar Convention | Hotel room and tax and Convention registration |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Coggins, Donald C.** | 02/04/2022 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coggins, Donald C. | 02/04/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Pacific Life Variable Universal Life Insurance (H) | | | | | | | | | |
| 2. - VIP Government Money Market SC - Fidelity | A | Interest | J | T | | | | | |
| 3. - Domestic Equity Funds (H) | | | | | | | | | |
| 4. - PSF Equity Index - Blackrock | C | Dividend | K | T | | | | | |
| 5. - PSF Growth - MFS | C | Dividend | K | T | | | | | |
| 6. - PSF Large Cap Growth - Blackrock | C | Dividend | K | T | | | | | |
| 7. - PSF Large Cap Value - Clear Bridge | C | Dividend | K | T | | | | | |
| 8. - PSF Mid-Cap Equity - Scout | D | Dividend | K | T | | | | | |
| 9. - PSF Small Cap Index - Blackrock | C | Dividend | J | T | | | | | |
| 10. - Fixed Income Funds (H) | | | | | | | | | |
| 11. - PSF High Yield Bond - PAM | A | Dividend | J | T | | | | | |
| 12. - PSF Inflation Managed - PIMCO | A | Dividend | K | T | | | | | |
| 13. - PSF Managed Bond - PIMCO | A | Dividend | K | T | | | | | |
| 14. - International Equity Funds (H) | | | | | | | | | |
| 15. - PSF International Large Cap - MFS | C | Dividend | K | T | | | | | |
| 16. - PSF International Value - Wellington | C | Dividend | K | T | | | | | |
| 17. Future Scholar 529 Plan - FS Portfolio Aggressive Track | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Coggins, Donald C.** | 02/04/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | Ameriprise Financial Brokerage Account (H) | | | | | | | | | |
| 19. | -Ameriprise Financial Active Diversified Alternative Portfolio-Moderat | D | Dividend | N | T | | | | | |
| 20. | - FS Energy and Power Fund | A | Dividend | J | T | | | | | |
| 21. | -Ameriprise Financial Active Adaptive Portfolio - Moderate/Conservativ | E | Dividend | N | T | | | | | |
| 22. | -Ameriprise Financial Active Risk Portfolio - Moderate | A | Dividend | L | T | | | | | |
| 23. | -Ameriprise Financial ETF Richard Bernstein All Asset Account | A | Dividend | M | T | | | | | |
| 24. | Ameriprise Financial Brokerage Account | A | Dividend | J | T | | | | | |
| 25. | - Industrial Property Trust REIT IRA | D | Dividend | | | Redeemed | 01/09/20 | J | C | |
| 26. | - JRSAX - Mutual Fund IRA | A | Dividend | J | T | | | | | |
| 27. | Ameriprise Brokerage IRA | A | Dividend | J | T | | | | | |
| 28. | Ameriprise Savings Certificate IRA | D | Dividend | J | T | | | | | |
| 29. | Morgan Stanley Portfolio Management Retirement Account (H) | | | | | | | | | |
| 30. | - Cash Account | C | Int./Div. | J | T | | | | | |
| 31. | - AB Global Bond Adv. | A | Dividend | K | T | | | | | |
| 32. | - Alliance Bernstein Income Adv. | B | Dividend | K | T | | | | | |
| 33. | - American Euro Pacific Grw FZ | A | Dividend | L | T | | | | | |
| 34. | - Blackrock Health Science Opp I | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coggins, Donald C. | 02/04/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | - Congress Mid Cap Growth Inst 1 | A | Dividend | K | T | | | | | |
| 36. | Guggenheim Total Return Bd 1 | C | Dividend | L | T | | | | | |
| 37. | - JP Morgan Core Bond 1 | B | Dividend | L | T | | | | | |
| 38. | - JP Morgan Allocation 1 | B | Dividend | K | T | | | | | |
| 39. | - Pimco Total Return 1Z | B | Dividend | L | T | | | | | |
| 40. | - T Rowe Price Div Gr FD | B | Dividend | M | T | | | | | |
| 41. | -Thornburg Int'l Value I | A | Dividend | L | T | | | | | |
| 42. | - Virtus Kar Sm-Cap Value 1 | A | Dividend | K | T | | | | | |
| 43. | Wells Fargo Cash Accounts (prev. 30) | A | Interest | M | T | | | | | |
| 44. | Synovus Bank Cash Account (prev. 31) | A | Interest | M | T | | | | | |
| 45. | Arthur State Cash Account (prev. 32) | A | Interest | K | T | | | | | |
| 46. | First South Cash Account (rev. 33) | A | Interest | J | T | | | | | |
| 47. | TD Bank Cash Accounts and CD (prev. 34) | A | Interest | M | T | | | | | |
| 48. | Symetra Select 5 FixedAnnuity (35) | C | Interest | M | T | Buy | 04/02/20 | M | | |
| 49. | LPL Financial Brokerage Account (H) (prev. 36) | | | | | | | | | |
| 50. | -MWP Russel TaxAdvantage Account-Growth/Income(f/k/a LPL FinInv(prev37 | D | Dividend | M | T | Buy | 12/31/20 | L | | |
| 51. | - Dodge & Cox stock | | | | | Buy | 03/17/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Coggins, Donald C.** | 02/04/2022 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Sold | 04/21/20 | J | A | |
| 53.   - MFS Val Cl 1 | A | Dividend | J | T | Buy | 03/17/20 | J | | |
| 54.   - Invesco Oppenheimer Main St. Small Cap Cl Y | A | Dividend | J | T | Buy | 03/17/20 | J | | |
| 55.   - Baille Gifford Emerging Markets Instl | A | Dividend | J | T | Buy | 04/21/20 | J | | |
| 56.   - Columbia Select Large Cap Val Instl | A | Dividend | J | T | Buy | 04/21/20 | J | | |
| 57.   - Wells Fargo Intermediate Tax Free | A | Dividend | K | T | Buy | 04/21/20 | J | | |
| 58.   - T Rowe Price Summit Mun Intermed Inv Cl | A | Dividend | K | T | Buy | 05/18/20 | J | | |
| 59.   - T Rowe Price Summit Mun Intermed Inv Cl | A | Dividend | K | T | Buy | 06/16/20 | J | | |
| 60.   - Wells Fargo Intermedeiate Tax Free | A | Dividend | K | T | Buy | 06/16/20 | J | | |
| 61.   - T Rowe Price Summit Mun Intermed Inv Cl | A | Dividend | K | T | Buy | 07/16/20 | J | | |
| 62.   - Wells Fargo Intermediate Tax Free | A | Dividend | K | T | Buy | 07/16/20 | J | | |
| 63.   - T Rowe Price Summit Mun Intermed Inv Cl | A | Dividend | K | T | Buy | 08/18/20 | J | | |
| 64.   - Wells Fargo Intermediate Tax Free | A | Dividend | K | T | Buy | 08/18/20 | J | | |
| 65.   - T Rowe Price Summit Mun Intermed Inv Cl | A | Dividend | K | T | Buy | 11/17/20 | J | | |
| 66.   - Wells Fargo Intermediate Tax Free | A | Dividend | K | T | Buy | 11/17/20 | J | | |
| 67.   - Akre Focus Instl Cl | A | Dividend | K | T | Buy | 12/26/20 | J | | |
| 68.   -LPL Financial Insured Cash Account (prev. 38) | A | Interest | | | Buy | 12/31/20 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Coggins, Donald C.** | 02/04/2022 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.   - Cash Account | | | | | Distributed (part) | 01/16/20 | J | | |
| 70.   - Cash Account | | | | | Distributed (part) | 02/18/20 | J | | |
| 71.   - Cash Account | | | | | Distributed (part) | 03/17/20 | J | | |
| 72.   - Cash Account | | | | | Distributed (part) | 04/15/20 | J | | |
| 73.   - Cash Account | | | | | Distributed (part) | 05/15/20 | J | | |
| 74.   - Cash Account | | | | | Distributed (part) | 06/15/20 | J | | |
| 75.   - Cash Account | | | | | Distributed (part) | 07/16/20 | J | | |
| 76.   - Cash Account | | | | | Distributed (part) | 08/18/20 | J | | |
| 77.   - Cash Account | | | | | Distributed (part) | 09/15/20 | J | | |
| 78.   - Cash Account | | | | | Distributed (part) | 10/18/20 | J | | |
| 79.   - Cash Account | | | | | Distributed (part) | 11/17/20 | J | | |
| 80.   - Cash Account | | | | | Distributed (part) | 12/16/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII.  35 D(5) Purchased through TD Bank with funds on deposit there.

50 - (prev. 37 D(5)) Transferred from LPL Financial Insured Cash Account to purchase shares ($5000 per month for calendar year 2020).  Individual purchase transactions greater than $1,000 for this managed (i.e., non-self-directed) plan are set out in Column D on lines 51 - 66.

67 - (prev. 38 D(5))  Transfer to MWP Russel Tax Advantage Account - Growth/Income for purchase of shares ($5000 per month for calendar year 2020) on dates shown on lines 68 - 79.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Donald C. Coggins**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544